## No. 10-1060 (R46-014). National Railroad Passenger Corporation, Petitioner v. Michele Collins.

563 U.S. 914, 131 S. Ct. 1811, 179 L. Ed. 2d 673, 2011 U.S. LEXIS 2596.

March 30, 2011. The petition for writ of certiorari to the Court of Appeals of Maryland in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 417 Md. 217, 9 A.3d 56.